IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FREDDIE MORGAN                                                        PLAINTIFF

v.                                      No. 4:14-cv-272-DPM

CITY OF LITTLE ROCK                                                  DEFENDANT

ORDER

1. Morgan's motion to proceed *in forma pauperis*, № 1, will hang fire. Morgan should supplement his motion. He must clarify his monthly gross and net wages from each of his jobs. He should also give details about his truck—model year, value, and any debt. Morgan may be able to pay the filing fee if given a few months to do so. Supplement due by 30 May 2014.

2. Morgan's motion to appoint counsel, № 3, is denied without prejudice. *Slaughter v. City of Maplewood*, 731 F.2d 587, 590 (8th Cir. 1984). Morgan has some resources. He has made some effort to find a lawyer. He should keep trying. Most importantly, the merits of his case are unclear. It is just too early to tell.

3. Morgan's complaint is too general and incomplete. He must file an amended complaint. It is not clear which claims of discrimination Morgan made to the EEOC. He should attach his EEOC charge and right-to-sue letter (again). He should also clarify who did exactly what, when each act of

alleged discrimination occurred, and what he is asking the Court to do about it. Amended complaint due by 30 May 2014. Failure to amend by that date will result in the dismissal of this case without prejudice. Local Rule 5.5(c)(2).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 May 2014

-2-