
# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**FREDDIE MORGAN**                                                      **PLAINTIFF**

v.                                          No. 4:14-cv-272-DPM

**CITY OF LITTLE ROCK**                                                 **DEFENDANT**

## ORDER

The Court asked Morgan to supplement his motion to proceed *in forma pauperis*, № 1, and file an amended complaint by 30 May 2014. № 5. It warned that if he didn't do so, it would dismiss his complaint without prejudice. *Ibid.* He hasn't filed an amended complaint, and the time has passed. His complaint is therefore dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 June 2014