# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**FREDDIE MORGAN**                                                   **PLAINTIFF**

v.                        **No. 4:14-cv-272-DPM**

**CITY OF LITTLE ROCK**                                 **DEFENDANT**

## JUDGMENT

Morgan's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 June 2014